UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-1327

CAMILLE T. TAYLOR,

Plaintiff - Appellant,

versus

AMERICAN ASSOCIATION OF PHARMACEUTICAL
SCIENTISTS,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CA-97-1765-A)

Submitted: June 18, 1998          Decided: July 2, 1998

Before MURNAGHAN and WILKINS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Camille T. Taylor, Appellant Pro Se. Susan Rebecca Podolsky, JENNER & BLOCK, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Camille Taylor appeals the district court's order granting the Defendant's motion for summary judgment in her employment discrimination suit. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Taylor v. American Association of Pharmaceutical Scientists</u>, No. CA-97-1765-A (E.D. Va. Feb. 27, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>